NEW YORK POST

# CON 'LOVER' CLAIMS JAIL VIOLENCE

By STEFANIE COHEN




*April 16, 2007* – The inmate who allegedly had an affair with a prison shrink filed a lawsuit last year against the Metropolitan Detention Center lieutenant arrested Thursday for allegedly covering up an attack against an inmate.

In the suit, Demetrius Hill, 28, claims MDC Lt. Frank Maldonado threatened to break his arm for filing too many complaints against the staff.

According to Hill, Maldonado said he'd get away with the violence by claiming he broke the inmate's arm while trying to save him from committing suicide.

It's the same ploy Maldonado, Capt. Salvatore LoPresti, two other lieutenants, and seven correction officers used on two MDC prisoners, the feds charged last Thursday during the guards' arraignment hearings in Brooklyn federal court.

But the threats of violence weren't idle, court papers say. Both men were viciously beaten, feds say.

According to the suit, Maldonado pulled Hill into his office, showed him a "thickly braided" noose in his desk drawer and told Hill "if he did not stop filing complaints while he was in the [Special Housing Unit], he would do him like the guy on Range 1."

When Hill asked what he meant, Maldonado allegedly said:

"I'll say I found this, you were trying to hurt yourself, so I had to rush in and stop you. An emergency use of force is what we call it.

"Your arm might be broken in a few places for a long time," the papers quote the guard as saying.

Home

NEW YORK POST is a registered trademark of NYP Holdings, Inc. NYPOST.COM, NYPOSTONLINE.COM, and NEWYORKPOST.COM
are trademarks of NYP Holdings, Inc.
Copyright 2008 NYP Holdings, Inc. All rights reserved.

PLEASE SEND BACK & SEND RESENT ARTICLES - I'm due to be transfered again Soon!



7/30/07 N.Y. Post 9
2007 WLNR 14539861

New York Post
Copyright 2006 The New York Post. All Rights Reserved

July 30, 2007

Section: News

# ONE 'SHIFT'Y PRISONER - 'SEX TOY' JAILBIRD FLIES TO DIFFERENTCAGES

JEANE MacINTOSH

The convicted felon allegedly seduced by sexy New York jailhouse shrink Magdalena Sanchez likely hasn't had time to strike up another prison liaison - he's been sent to five federal pens in the past 14 weeks, The Post has learned.

Purported prison plaything **Demetrius Hill**, 28, has racked up thousands of air miles - and an estimated taxpayer-funded bill of tens of thousands of dollars for jail transfers - since The Post identified him in the wake of Sanchez's April 2 indictment on charges she had cellblock romps with Hill, then lied about the illicit trysts to authorities.

"I'd say it's unusual," observed a Bureau of Prisons source, when asked about Hill's federal frequent-flier status.

Noted another, "It seems excessive - what did this guy do, again?"

Hill, a reputed Bloods gang member doing 20 years on a drug and firearms conviction, was jailed at the Metropolitan Detention Center in Brooklyn in September 2005.

That's when, investigators said, he and Sanchez, 35, who worked for the federal Bureau of Prisons, began a "sexual affair" that culminated in her February 2006 resignation from the $70,000-a-year post.

By the time Sanchez, who is married to a wealthy Wall Street banker, was arrested in April 2007, Hill had been moved to the Hazelton penitentiary in West Virginia.

In May, he was transferred to the federal lockup in Oklahoma City and then on to Terre Haute, Ind., where he stayed several weeks. By early July, Hill had been relocated to the pen in Atlanta. On July 18, he was transferred to the Big Sandy federal lockup, in Inez, Ky.

Before the Sanchez affair - which sources said occurred during off-hours visits

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

in Hill's solitary-confinement cell - Hill had been cited several times for disruptive and threatening behavior in jail.

But, according to a Bureau of Prisons source, bad behavior alone would not likely account for Hill's recent whirlwind prison tour.

Citing Hill's privacy, bureau spokeswoman Felecia Ponce declined to comment on the transfers.

Ponce said the bureau doesn't keep transfer statistics or figures on the costs of moving inmates, and referred calls to the U.S. Marshals Service.

That agency moved 83,000 prisoners for the Bureau of Prisons last year. While it doesn't tally the average overall cost of an inmate transfer, it does keep track of transport costs.

In 2007, the cost - per hour, per inmate - ranged from $5,800 to $10,000, depending on the size of the plane.

---

On the move

Prison lothario **Demetrius Hill** has been racking up frequent-flier miles on the taxpayers' dime since being transferred out of the federal lockup in Brooklyn. Here are the federal penitentiaries where he's been shipped:

* U.S. Penitentiary Hazelton (Bruceton Mills, W.Va.); moved mid-April

* Oklahoma City Federal Transfer Center; moved early May

* USP Terre Haute (Indiana); moved late May

* USP Atlanta; moved late June

* USP Big Sandy (Inez, Ky.); moved mid-July

---- INDEX REFERENCES ----

COMPANY: SHIFT; SANCHEZ

NEWS SUBJECT: (Legal (1LE33); Judicial (1JU36); Prisons (1PR87))

REGION: (USA (1US73); Americas (1AM92); Oklahoma (1OK58); Indiana (1IN12); North America (1NO39); New York (1NE72))

Language: EN

OTHER INDEXING: (BUREAU OF PRISONS; FEDERAL BUREAU OF PRISONS; METROPOLITAN DETENTION CENTER; POST; SANCHEZ; SHIFT; US MARSHALS SERVICE; USP) (Bruceton Mills; Citing Hill; Demetrius Hill; Felecia Ponce; Hill; Magdalena Sanchez; Sanchez)

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.