# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
## Office of the Clerk

Leslie G. Whitmer
Clerk of Court

Robert R. Carr
Chief Deputy Clerk



P.O. Box 5121
London, KY 40745

PH: 606-877-7910

March 2, 2011

Mr. Demetrius Hill
68133-050
McCreary
U.S. Penitentiary
P. O. Box 3000
Pine Knot, KY 42635

Re: London Civil 6:09-cv-07-KSF, Hill vs. Lappin, et al

Dear Mr. Hill:

This letter is in response to your letter received on February 28, 2011. The Mandate of the Sixth Circuit Court of Appeals was received by this office on February 23, 2011. I am enclosing an Order filed and entered on March 2, 2011, in which this case has been reassigned to Honorable Karl S. Forester for all further proceedings.

Very truly yours,

Leslie G. Whitmer, Clerk
ʃα
By: Shirley Allen, D.C.

Attachment