AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
SOUTHERN DIVISION AT LONDON

| | | |
|---|---|---|
| DEMETRIUS HILL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:09-cv-7-KSF |
| HARLEY LAPPIN, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Huff, Special Investigative Agent, USP McCreary
USP McCreary, US Penitentiary, 330 Federal Way, Pine Knot, KY 42635

```
US Attorney EDKY            Office of Attorney General of USA    Federal Bureau of Prisons
110 W. Vine Street, Ste 400 10th & Constitutional Avenue         320 First Street, NW
Lexington, KY 40507         Washington, DC. 20530                Washington, DC 20534
```

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Demetrius Hill, # 68133-053
LEWISBURG - U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LESLIE G. WHITMER,
*CLERK OF COURT*

Date:   04/11/2011

Reneé B. Bundy, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:09-cv-7-KSF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| DEMETRIUS HILL <br> *Plaintiff* <br> v. <br> HARLEY LAPPIN, ET AL. <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 6:09-cv-7-KSF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* McLeod, Associate Warden of USP McCreary
USP McCreary, US Penitentiary, 330 Federal Way, Pine Knot, KY 42635

```
US Attorney EDKY              Office of Attorney General of USA    Federal Bureau of Prisons
110 W. Vine Street, Ste 400   10th & Constitutional Avenue          320 First Street, NW
Lexington, KY 40507           Washington, DC. 20530                 Washington, DC 20534
```

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Demetrius Hill, # 68133-053
LEWISBURG - U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LESLIE G. WHITMER,
*CLERK OF COURT*

Date: 04/11/2011

Renee' B. Bundy, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:09-cv-7-KSF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                                *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky
SOUTHERN DIVISION AT LONDON

| DEMETRIUS HILL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:09-cv-7-KSF |
| HARLEY LAPPIN, ET AL. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Harley Lappin, Director of the Bureau of Prisons, 320 First Street, NW, Washington, DC. 20534

```
US Attorney EDKY              Office of Attorney General of USA    Federal Bureau of Prisons
110 W. Vine Street, Ste 400   10th & Constitutional Avenue         320 First Street, NW
Lexington, KY 40507           Washington, DC. 20530                Washington, DC 20534
```

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Demetrius Hill , # 68133-053
LEWISBURG - U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LESLIE G. WHITMER,
*CLERK OF COURT*

Date: 04/11/2011

Renee B. Bundy, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:09-cv-7-KSF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| DEMETRIUS HILL <br> *Plaintiff* <br> v. <br> HARLEY LAPPIN, ET AL. <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 6:09-cv-7-KSF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Burchette, Special Investigative Agent, USP McCreary
USP McCreary, US Penitentiary, 330 Federal Way, Pine Knot, KY 42635

```
US Attorney EDKY              Office of Attorney General of USA    Federal Bureau of Prisons
110 W. Vine Street, Ste 400   10th & Constitutional Avenue         320 First Street, NW
Lexington, KY 40507           Washington, DC. 20530                Washington, DC 20534
```

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Demetrius Hill , # 68133-053
LEWISBURG - U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LESLIE G. WHITMER,
*CLERK OF COURT*

Date:   04/11/2011

Renee B. Bundy, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:09-cv-7-KSF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky
SOUTHERN DIVISION AT LONDON

| | |
|---|---|
| DEMETRIUS HILL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:09-cv-7-KSF |
| HARLEY LAPPIN, ET AL. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sheldrake, CMC of USP McCreary
USP McCreary, US Penitentiary, 330 Federal Way, Pine Knot, KY 42635

```
US Attorney EDKY              Office of Attorney General of USA    Federal Bureau of Prisons
110 W. Vine Street, Ste 400   10th & Constitutional Avenue         320 First Street, NW
Lexington, KY 40507           Washington, DC. 20530                Washington, DC 20534
```

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Demetrius Hill, # 68133-053
LEWISBURG - U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1000
LEWISBURG, PA 17837
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LESLIE G. WHITMER,
*CLERK OF COURT*

Date: 04/11/2011

Renee B. Bundy, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:09-cv-7-KSF

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: